PAPERLESS PAY | My Other Sites   My Other Solutions   Hide Screen       Christopher Banton | My Account | Log Out

Alerts and Settings | Help | **October 08, 2018**
English  Español  Français

American Airlines

Main Menu    PayStubs    Direct Deposit    More

## PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print
< Previous PayStub       Pay Date: 08/31/2018 - Regular ▼                Next PayStub >

AMERICAN AIRLINES, INC.                        Christopher Banton
4000 EAST SKY HARBOR BLVD.                     314 Wolfenden Ave
PHOENIX, AZ 85034                              Collingdale, PA 19023
1-800-447-2000

                                               Pay Advice #         25155618
Department         512370                      Period Begin Date    08/13/2018
Base Pay Rate      $22.55                      Period End Date      08/26/2018
                                               Pay Frequency        Bi-weekly

Expand All  Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 0 | | Loc 1: PA |
| Primary State | PA | Single | 0 | | Loc 2: PA |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| REGULAR PAY | 22.55 | 64.00 | 1,443.20 | 18,681.52 |
| OVERTIME | | 52.54 | 1,777.17 | 9,658.04 |
| DOUBLE TIME | | | 0.00 | 528.00 |
| OVERTIME STRT | | | 0.00 | 1,624.26 |
| HOLIDAY ADL PD | | | 0.00 | 675.84 |
| PY HOL ADL PD | | | 0.00 | 168.96 |
| VACATN PD ABS | | | 0.00 | 1,689.60 |
| SICK PD ABS | | | 0.00 | 422.40 |
| PRIOR YR SICK | | | 0.00 | 422.40 |
| BONUS NO 401K | | | 0.00 | 1,000.00 |
| GRAND SLAM | | | 0.00 | 150.00 |
| PROFIT SHARING | | | 0.00 | 1,067.58 |
| RETRO PAY OT R | | | 0.00 | 0.94 |
| VOL TRADE WORKD | | 6.00 | 135.30 | 4,259.20 |
| **Total Earnings :** | | | **$3,355.67** | **$40,348.74** |

| Pre-Tax | This Period | YTD |
|---|---|---|
| VISION COVG | 6.63 | 119.34 |
| MEDICAL COVG | 29.07 | 523.26 |
| DENTAL COVG | 4.61 | 82.98 |
| 401K PRETAX | 167.78 | 1,967.43 |
| **Total Pre-Tax :** | **$208.09** | **$2,693.01** |

| Taxes | This Period | YTD |
|---|---|---|
| FICA-OASDI | $205.56 | $2,456.64 |
| FICA-HI | $48.08 | $574.54 |
| FEDERAL WH TAX | $0.00 | $944.89 |
| PA UNEMPLOYMENT | $2.01 | $24.21 |
| PENNSYLVANIA | $101.78 | $1,216.41 |
| PHILADELPHIA CI | $92.80 | $1,118.15 |
| TINICUM DELAW | $6.63 | $79.26 |
| **Total Taxes :** | **$456.86** | **$6,414.10** |

| After-Tax | This Period | YTD |
|---|---|---|
| VOL LTD | 6.08 | 103.28 |
| EMPLOYEE LIFE | 6.76 | 111.76 |
| CHILD LIFE | 1.04 | 18.72 |
| SPOUSE LIFE | 1.23 | 22.14 |
| IAM EAST FS DUES | 0.00 | 584.00 |
| 401K EMPL LOAN | 8.76 | 157.68 |
| Total After-Tax : | $23.87 | $997.58 |

| | This Period | YTD |
|---|---|---|
| Total After-Tax : | $23.87 | $997.58 |
| Net Pay | This Period | YTD |
| Total Net Pay : | $2,666.85 | $30,244.05 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $3,355.67 | $40,348.74 |
| Pre-Tax Deductions | $208.09 | $2,693.01 |
| Federal Taxable Wages | $3,147.58 | $37,655.73 |
| Social Security Taxable Wages | $3,315.36 | $39,623.16 |
| Medicare (HI) Taxable Wages | $3,315.36 | $39,623.16 |
| State Taxable Wages | $3,315.36 | $39,623.16 |
| Local Taxable Wages | $3,347.62 | $40,203.84 |
| Total Taxes | $456.86 | $6,414.10 |
| After-Tax Deductions | $23.87 | $997.58 |
| Net Pay | $2,666.85 | $30,244.05 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| AACU | Checking or Money Market | $70.00 | <...2372> | American Airlines FCU |
| Direct deposit 2 | Checking or Money Market | $1.00 | <...2384> | Navy FCU |
| NFCU | Checking or Money Market | $1.00 | <...6085> | Navy FCU |
| FCU | Checking or Money Market | $1,100.00 | <...4397> | Freedom CU |
| BofA | Checking or Money Market | $1,494.85 | <...5819> | Bank of America, National Association |

< Previous PayStub    Next PayStub >

Copyright 2012 Equifax Inc., Atlanta, GA. All rights reserved.    Hide Screen    Privacy Policy | Terms and Conditions

Alerts and Settings | Help | **October 08, 2018**
**English** Español Français

American Airlines

Main Menu      PayStubs      Direct Deposit      More

## PayStubs

Pay History   **PayStub Details**   PayStub Comparison

Print

< Previous PayStub          Pay Date: [ 08/03/2018 - Regular ▼ ]                    Next PayStub >

AMERICAN AIRLINES, INC.                           Christopher Banton
4000 EAST SKY HARBOR BLVD.                        314 Wolfenden Ave
PHOENIX, AZ 85034                                 Collingdale, PA 19023
1-800-447-2000

                                                  Pay Advice #         25090191
Department          512370                        Period Begin Date    07/16/2018
Base Pay Rate       $21.12                        Period End Date      07/29/2018
                                                  Pay Frequency        Bi-weekly

Expand All   Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 0 | | Loc 1: PA |
| Primary State | PA | Single | 0 | | Loc 2: PA |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| REGULAR PAY | 21.12 | 48.00 | 1,013.76 | 16,336.32 |
| OVERTIME | | 40.02 | 1,267.83 | 6,324.91 |
| DOUBLE TIME | | | 0.00 | 528.00 |
| OVERTIME STRT | | 6.00 | 126.72 | 1,488.96 |
| HOLIDAY ADL PD | | | 0.00 | 675.84 |
| PY HOL ADL PD | | | 0.00 | 168.96 |
| VACATN PD ABS | | | 0.00 | 1,689.60 |
| SICK PD ABS | | | 0.00 | 422.40 |
| PRIOR YR SICK | | | 0.00 | 422.40 |
| BONUS NO 401K | | | 0.00 | 1,000.00 |
| GRAND SLAM | | | 0.00 | 150.00 |
| PROFIT SHARING | | | 0.00 | 1,067.58 |
| RETRO PAY OT R | | | 0.00 | 0.94 |
| VOL TRADE WORKD | | 18.00 | 380.16 | 3,537.60 |
| **Total Earnings :** | | | **$2,788.47** | **$33,813.51** |
| Pre-Tax | | | This Period | YTD |
| VISION COVG | | | 6.63 | 106.08 |
| MEDICAL COVG | | | 29.07 | 465.12 |
| DENTAL COVG | | | 4.61 | 73.76 |
| 401K PRETAX | | | 139.42 | 1,640.67 |
| **Total Pre-Tax :** | | | **$179.73** | **$2,285.63** |
| Taxes | | | This Period | YTD |
| FICA-OASDI | | | $170.39 | $2,056.45 |
| FICA-HI | | | $39.84 | $480.94 |
| FEDERAL W/H TAX | | | $0.00 | $944.89 |
| PA UNEMPLOYMENT | | | $1.67 | $20.29 |
| PENNSYLVANIA | | | $84.37 | $1,018.25 |
| PHILADELPHIA CI | | | $77.31 | $937.42 |
| TINICUM DELAW | | | $5.50 | $66.35 |
| **Total Taxes :** | | | **$379.08** | **$5,524.59** |
| After-Tax | | | This Period | YTD |
| VOL LTD | | | 5.69 | 91.04 |
| EMPLOYEE LIFE | | | 6.13 | 98.08 |
| CHILD LIFE | | | 1.04 | 16.64 |
| SPOUSE LIFE | | | 1.23 | 19.68 |
| IAM EAST FS DUES | | | 36.50 | 547.50 |
| 401K EMPL LOAN | | | 8.76 | 140.16 |
| Total After-Tax : | | | $59.35 | $913.10 |

| | | This Period | YTD |
|---|---|---|---|
| Total After-Tax : | | $59.35 | $913.10 |
| Net Pay | | This Period | YTD |
| Total Net Pay : | | $2,170.31 | $25,090.19 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $2,788.47 | $33,813.51 |
| Pre-Tax Deductions | $179.73 | $2,285.63 |
| Federal Taxable Wages | $2,608.74 | $31,527.88 |
| Social Security Taxable Wages | $2,748.16 | $33,168.55 |
| Medicare (HI) Taxable Wages | $2,748.16 | $33,168.55 |
| State Taxable Wages | $2,748.16 | $33,168.55 |
| Local Taxable Wages | $2,780.42 | $33,684.71 |
| Total Taxes | $379.08 | $5,524.59 |
| After-Tax Deductions | $59.35 | $913.10 |
| Net Pay | $2,170.31 | $25,090.19 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| AACU | Checking or Money Market | $70.00 | <...2372> | American Airlines FCU |
| Direct deposit 2 | Checking or Money Market | $1.00 | <...2384> | Navy FCU |
| NFCU | Checking or Money Market | $1.00 | <...6085> | Navy FCU |
| FCU | Checking or Money Market | $1,100.00 | <...4397> | Freedom CU |
| BofA | Checking or Money Market | $998.31 | <...5819> | Bank of America, National Association |

< Previous PayStub          Next PayStub >

Copyright 2012 Equifax Inc., Atlanta, GA. All rights reserved.          Hide Screen          Privacy Policy  |  Terms and Conditions

PAPERLESS PAY  |  My Other Sites   My Other Solutions    Hide Screen          Christopher Banton  |  My Account  |  Log Out

Alerts and Settings | Help | **October 08, 2018**
**English**  Español  Français

American Airlines

Main Menu    PayStubs    Direct Deposit    More

## PayStubs

Pay History  **PayStub Details**  PayStub Comparison

Print

< Previous PayStub            Pay Date: [07/20/2018 - Regular ▼]                    Next PayStub >

AMERICAN AIRLINES, INC.                          Christopher Banton
4000 EAST SKY HARBOR BLVD.                       314 Wolfenden Ave
PHOENIX, AZ 85034                                Collingdale, PA 19023
1-800-447-2000

                                                 Pay Advice #        25056200
Department           512370                      Period Begin Date   07/02/2018
Base Pay Rate        $21.12                      Period End Date     07/15/2018
                                                 Pay Frequency       Bi-weekly

Expand All   Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal |  | Single | 0 |  | Loc 1: PA |
| Primary State | PA | Single | 0 |  | Loc 2: PA |
| Secondary State |  |  | 0 |  | Loc 3: |
| Local |  |  | 0 |  | Loc 4: |

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| REGULAR PAY | 21.12 | 56.00 | 1,182.72 | 15,322.56 |
| OVERTIME |  | 51.25 | 1,623.60 | 5,057.08 |
| DOUBLE TIME |  | 4.50 | 190.08 | 528.00 |
| OVERTIME STRT |  | 6.00 | 126.72 | 1,362.24 |
| HOLIDAY ADL PD |  | 8.00 | 168.96 | 675.84 |
| PY HOL ADL PD |  |  | 0.00 | 168.96 |
| VACATN PD ABS |  |  | 0.00 | 1,689.60 |
| SICK PD ABS |  |  | 0.00 | 422.40 |
| PRIOR YR SICK |  |  | 0.00 | 422.40 |
| BONUS NO 401K |  |  | 0.00 | 1,000.00 |
| GRAND SLAM |  |  | 0.00 | 150.00 |
| PROFIT SHARING |  |  | 0.00 | 1,067.58 |
| RETRO PAY OT R |  |  | 0.00 | 0.94 |
| VOL TRADE WORKD |  | 18.00 | 380.16 | 3,157.44 |
| **Total Earnings :** |  |  | **$3,672.24** | **$31,025.04** |

| Pre-Tax | This Period | YTD |
|---|---|---|
| VISION COVG | 6.63 | 99.45 |
| MEDICAL COVG | 29.07 | 436.05 |
| DENTAL COVG | 4.61 | 69.15 |
| 401K PRETAX | 183.61 | 1,501.25 |
| **Total Pre-Tax :** | **$223.92** | **$2,105.90** |

| Taxes | This Period | YTD |
|---|---|---|
| FICA-OASDI | $225.18 | $1,886.06 |
| FICA-HI | $52.67 | $441.10 |
| FEDERAL W/H TAX | $0.00 | $944.89 |
| PA UNEMPLOYMENT | $2.21 | $18.62 |
| PENNSYLVANIA | $111.50 | $933.88 |
| PHILADELPHIA CI | $101.81 | $860.11 |
| TINICUM DELAW | $7.26 | $60.85 |
| **Total Taxes :** | **$500.63** | **$5,145.51** |

| After-Tax | This Period | YTD |
|---|---|---|
| VOL LTD | 5.69 | 85.35 |
| EMPLOYEE LIFE | 6.13 | 91.95 |
| CHILD LIFE | 1.04 | 15.60 |
| SPOUSE LIFE | 1.23 | 18.45 |
| IAM EAST FS DUES | 36.50 | 511.00 |
| 401K EMPL LOAN | 8.76 | 131.40 |
| Total After-Tax : | $59.35 | $853.75 |

| | | This Period | YTD |
|---|---|---|---|
| Total After-Tax : | | $59.35 | $853.75 |
| Net Pay | | This Period | YTD |
| Total Net Pay : | | $2,888.34 | $22,919.88 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $3,672.24 | $31,025.04 |
| Pre-Tax Deductions | $223.92 | $2,105.90 |
| Federal Taxable Wages | $3,448.32 | $28,919.14 |
| Social Security Taxable Wages | $3,631.93 | $30,420.39 |
| Medicare (HI) Taxable Wages | $3,631.93 | $30,420.39 |
| State Taxable Wages | $3,631.93 | $30,420.39 |
| Local Taxable Wages | $3,664.19 | $30,904.29 |
| Total Taxes | $500.63 | $5,145.51 |
| After-Tax Deductions | $59.35 | $853.75 |
| Net Pay | $2,888.34 | $22,919.88 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| AACU | Checking or Money Market | $70.00 | <...2372> | American Airlines FCU |
| Direct deposit 2 | Checking or Money Market | $1.00 | <...2384> | Navy FCU |
| NFCU | Checking or Money Market | $1.00 | <...6085> | Navy FCU |
| FCU | Checking or Money Market | $1,100.00 | <...4397> | Freedom CU |
| BofA | Checking or Money Market | $1,716.34 | <...5819> | Bank of America, National Association |

( < Previous PayStub )                                                                                     ( Next PayStub > )

Copyright 2012 Equifax Inc., Atlanta, GA. All rights reserved.          Privacy Policy  |  Terms and Conditions

PAPERLESS PAY | My Other Sites    My Other Solutions    Hide Screen    Christopher Banton | My Account | Log Out

Alerts and Settings | Help | **October 08, 2018**
English  Español  Français



Main Menu    PayStubs    Direct Deposit    More

## PayStubs

Pay History  **PayStub Details**  PayStub Comparison

Print

< Previous PayStub    Pay Date: 07/06/2018 - Regular ▼    Next PayStub >

AMERICAN AIRLINES, INC.
4000 EAST SKY HARBOR BLVD.
PHOENIX, AZ 85034
1-800-447-2000

Christopher Banton
314 Wolfenden Ave
Collingdale, PA 19023

Pay Advice #        25023581
Period Begin Date   06/18/2018
Period End Date     07/01/2018
Pay Frequency       Bi-weekly

Department    512370
Base Pay Rate $21.12

Expand All  Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 0 | | Loc 1: PA |
| Primary State | PA | Single | 0 | | Loc 2: PA |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| REGULAR PAY | 21.12 | 48.00 | 1,013.76 | 14,139.84 |
| OVERTIME | | 33.00 | 1,045.44 | 3,433.48 |
| DOUBLE TIME | | | 0.00 | 337.92 |
| OVERTIME STRT | | 8.00 | 168.96 | 1,235.52 |
| HOLIDAY ADL PD | | | 0.00 | 506.88 |
| PY HOL ADL PD | | | 0.00 | 168.96 |
| VACATN PD ABS | | | 0.00 | 1,689.60 |
| SICK PD ABS | | | 0.00 | 422.40 |
| PRIOR YR SICK | | | 0.00 | 422.40 |
| BONUS NO 401K | | | 0.00 | 1,000.00 |
| GRAND SLAM | | | 0.00 | 150.00 |
| PROFIT SHARING | | | 0.00 | 1,067.58 |
| RETRO PAY OT R | | | 0.00 | 0.94 |
| VOL TRADE WORKD | | 24.00 | 506.88 | 2,777.28 |
| **Total Earnings :** | | | **$2,735.04** | **$27,352.80** |

| Pre-Tax | This Period | YTD |
|---|---|---|
| VISION COVG | 6.63 | 92.82 |
| MEDICAL COVG | 29.07 | 406.98 |
| DENTAL COVG | 4.61 | 64.54 |
| 401K PRETAX | 136.75 | 1,317.64 |
| **Total Pre-Tax :** | **$177.06** | **$1,881.98** |

| Taxes | This Period | YTD |
|---|---|---|
| FICA-OASDI | $167.07 | $1,660.88 |
| FICA-HI | $39.07 | $388.43 |
| FEDERAL W/H TAX | $0.00 | $944.89 |
| PA UNEMPLOYMENT | $1.64 | $16.41 |
| PENNSYLVANIA | $82.73 | $822.38 |
| PHILADELPHIA CI | $75.82 | $758.30 |
| TINICUM DELAW | $5.39 | $53.59 |
| **Total Taxes :** | **$371.72** | **$4,644.88** |

| After-Tax | This Period | YTD |
|---|---|---|
| VOL LTD | 5.69 | 79.66 |
| EMPLOYEE LIFE | 6.13 | 85.82 |
| CHILD LIFE | 1.04 | 14.56 |
| SPOUSE LIFE | 1.23 | 17.22 |
| IAM EAST FS DUES | 36.50 | 474.50 |
| 401K EMPL LOAN | 8.76 | 122.64 |
| Total After-Tax : | $59.35 | $794.40 |

| Total After-Tax : | | | $59.35 | $794.40 |
| --- | --- | --- | --- | --- |
| Net Pay | | | This Period | YTD |
| Total Net Pay : | | | $2,126.91 | $20,031.54 |

| Pay Summary | This Period | YTD |
| --- | --- | --- |
| Earnings | $2,735.04 | $27,352.80 |
| Pre-Tax Deductions | $177.06 | $1,881.98 |
| Federal Taxable Wages | $2,557.98 | $25,470.82 |
| Social Security Taxable Wages | $2,694.73 | $26,788.46 |
| Medicare (HI) Taxable Wages | $2,694.73 | $26,788.46 |
| State Taxable Wages | $2,694.73 | $26,788.46 |
| Local Taxable Wages | $2,726.99 | $27,240.10 |
| Total Taxes | $371.72 | $4,644.88 |
| After-Tax Deductions | $59.35 | $794.40 |
| Net Pay | $2,126.91 | $20,031.54 |

Pay Distribution List

| Description | Type | Amount | Account # | Bank |
| --- | --- | --- | --- | --- |
| AACU | Checking or Money Market | $70.00 | <...2372> | American Airlines FCU |
| Direct deposit 2 | Checking or Money Market | $1.00 | <...2384> | Navy FCU |
| NFCU | Checking or Money Market | $1.00 | <...6085> | Navy FCU |
| FCU | Checking or Money Market | $1,100.00 | <...4397> | Freedom CU |
| BofA | Checking or Money Market | $954.91 | <...5819> | Bank of America, National Association |

[< Previous PayStub]    [Next PayStub >]

Copyright 2012 Equifax Inc., Atlanta, GA. All rights reserved.    [Hide Screen]    Privacy Policy  |  Terms and Conditions

PAPERLESS PAY  |  My Other Sites    My Other Solutions       Hide Screen            Christopher Banton  |  My Account  |  Log Out

American Airlines

Alerts and Settings | Help | **October 08, 2018**
**English**  Español  Français

Main Menu    PayStubs    Direct Deposit    More

## PayStubs

Pay History    **PayStub Details**    PayStub Comparison

Print

[< Previous PayStub]    Pay Date: [06/22/2018 - Regular ▼]           [Next PayStub >]

AMERICAN AIRLINES, INC.            Christopher Banton
4000 EAST SKY HARBOR BLVD.         314 Wolfenden Ave
PHOENIX, AZ 85034                  Collingdale, PA 19023
1-800-447-2000

                                   Pay Advice #        24991606
Department          512370         Period Begin Date   06/04/2018
Base Pay Rate       $21.12         Period End Date     06/17/2018
                                   Pay Frequency       Bi-weekly

Expand All   Collapse All

| Taxes | State Codes | Marital Status | Allowances | Additional Amounts | Local Codes |
|---|---|---|---|---|---|
| Federal | | Single | 0 | | Loc 1: PA |
| Primary State | PA | Single | 0 | | Loc 2: PA |
| Secondary State | | | 0 | | Loc 3: |
| Local | | | 0 | | Loc 4: |

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| REGULAR PAY | 21.12 | | 0.00 | 13,126.08 |
| OVERTIME | | | 0.00 | 2,388.04 |
| DOUBLE TIME | | | 0.00 | 337.92 |
| OVERTIME STRT | | | 0.00 | 1,066.56 |
| HOLIDAY ADL PD | | | 0.00 | 506.88 |
| PY HOL ADL PD | | | 0.00 | 168.96 |
| VACATN PD ABS | | | 0.00 | 1,689.60 |
| SICK PD ABS | | 8.00 | 168.96 | 422.40 |
| PRIOR YR SICK | | | 0.00 | 422.40 |
| BONUS NO 401K | | | 0.00 | 1,000.00 |
| GRAND SLAM | | | 0.00 | 150.00 |
| PROFIT SHARING | | | 0.00 | 1,067.58 |
| RETRO PAY OT R | | | 0.00 | 0.94 |
| VOL TRADE WORKD | | | 0.00 | 2,270.40 |
| **Total Earnings :** | | | **$168.96** | **$24,617.76** |

| Pre-Tax | This Period | YTD |
|---|---|---|
| VISION COVG | 6.63 | 86.19 |
| MEDICAL COVG | 29.07 | 377.91 |
| DENTAL COVG | 4.61 | 59.93 |
| 401K PRETAX | 8.45 | 1,180.89 |
| **Total Pre-Tax :** | **$48.76** | **$1,704.92** |

| Taxes | This Period | YTD |
|---|---|---|
| FICA-OASDI | $7.98 | $1,493.81 |
| FICA-HI | $1.87 | $349.36 |
| FEDERAL W/H TAX | $0.00 | $944.89 |
| PA UNEMPLOYMENT | $0.10 | $14.77 |
| PENNSYLVANIA | $3.95 | $739.65 |
| PHILADELPHIA CI | $4.68 | $682.48 |
| TINICUM DELAW | $0.26 | $48.20 |
| **Total Taxes :** | **$18.84** | **$4,273.16** |

| After-Tax | This Period | YTD |
|---|---|---|
| VOL LTD | 5.69 | 73.97 |
| EMPLOYEE LIFE | 6.13 | 79.69 |
| CHILD LIFE | 1.04 | 13.52 |
| SPOUSE LIFE | 1.23 | 15.99 |
| IAM EAST FS DUES | 36.50 | 438.00 |
| 401K EMPL LOAN | 8.76 | 113.88 |
| Total After-Tax : | $59.35 | $735.05 |

| | This Period | YTD |
|---|---|---|
| Total After-Tax : | $59.35 | $735.05 |
| **Net Pay** | **This Period** | **YTD** |
| Total Net Pay : | $42.01 | $17,904.63 |

| Pay Summary | This Period | YTD |
|---|---|---|
| Earnings | $168.96 | $24,617.76 |
| Pre-Tax Deductions | $48.76 | $1,704.92 |
| Federal Taxable Wages | $120.20 | $22,912.84 |
| Social Security Taxable Wages | $128.65 | $24,093.73 |
| Medicare (HI) Taxable Wages | $128.65 | $24,093.73 |
| State Taxable Wages | $128.65 | $24,093.73 |
| Local Taxable Wages | $160.91 | $24,513.11 |
| Total Taxes | $18.84 | $4,273.16 |
| After-Tax Deductions | $59.35 | $735.05 |
| Net Pay | $42.01 | $17,904.63 |

**Pay Distribution List**

| Description | Type | Amount | Account # | Bank |
|---|---|---|---|---|
| AACU | Checking or Money Market | $42.01 | <...2372> | American Airlines FCU |
| Direct deposit 2 | Checking or Money Market | $0.00 | <...2384> | Navy FCU |
| NFCU | Checking or Money Market | $0.00 | <...6085> | Navy FCU |
| FCU | Checking or Money Market | $0.00 | <...4397> | Freedom CU |
| BofA | Checking or Money Market | $0.00 | <...5819> | Bank of America, National Association |

< Previous PayStub        Next PayStub >

Copyright 2012 Equifax Inc., Atlanta, GA. All rights reserved.    Hide Screen    Privacy Policy | Terms and Conditions