# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

                                    Bankruptcy No. 18-15582-ELF

CHRISTOPHER L BANTON
JERVONDA BANTON
314 WOLFENDEN AVENUE

DARBY, PA 19023

       Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CHRISTOPHER L BANTON
    JERVONDA BANTON
    314 WOLFENDEN AVENUE

    DARBY, PA 19023

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

                                                  /s/ William C. Miller

Date: 10/30/2018

                                                  _____
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee