IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|     Christopher and Jervonda Banton | : | Case No.: 18-15582ELF |
| | : | |
| Debtor(s) | : | Chapter 13 |

## PRAECIPE TO WITHDRAW

TO THE COURT:

On behalf of the Debtor, please withdraw the Application for Compensation for Attorney Fee, filed at Docket Number 15.

Dated: November 5, 2018    /s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
"The Philadelphia Building"
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008