IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
                                                :
        Christopher L Banton                    :        Chapter 13
        Jervonda Banton                         :
                                                :        Case No. 18-15582ELF
Debtor(s)                                       :

## CERTIFICATE OF NO RESPONSE

        I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 21.


Dated:  _December 10, 2018_              ___/s/ Brad J. Sadek, Esquire___
                                            Brad J. Sadek, Esquire
                                            Sadek and Cooper
                                            1315 Walnut Street, Suite 502
                                            Philadelphia, PA 19107
                                            215-545-0008