# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jervonda Banton aka Jervonda L Malachi<br>            Christopher L. Banton<br>                        Debtors<br><br>AmeriHome Mortgage Company, LLC<br>                        Movant<br>            vs.<br><br>Jervonda Banton aka Jervonda L Malachi<br>Christopher L. Banton<br>                        Respondents | CHAPTER 13<br><br><br><br>NO. 18-15582 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of AmeriHome Mortgage Company, LLC, which was filed with the Court on or about October 31, 2018 (Document No. 14).

                                              Respectfully submitted,

                                              By: **/s/ Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322
                                              Attorney for Movant/Applicant

January 21, 2019