UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No.: 18-15582 |
|---|---|---|
| Jervonda Banton and Christopher Banton | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

### RESPONSE TO THE MOTION OF FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362(d)

Come Now, Jervonda Banton and Christopher Banton, hereinafter referred to as "Debtors" by and through the undersigned counsel and in response to the Motion for Relief from the Automatic Stay and in support thereof aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

Dated:  June 17, 2019                /s/Brad J. Sadek, Esquire
                                     Brad J. Sadek, Esquire
                                     Sadek and Cooper
                                     1315 Walnut Street, #502
                                     The Philadelphia Building
                                     Philadelphia, PA 19107
                                     (215) 545-0008