UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No.: 18-15582 |
|---|---|---|
| Jervonda Banton and Christopher Banton | : | |
| Debtor(s) | : | Chapter 13 |

ORDER

AND NOW, this _____ day of _____, 2019, it is hereby Ordered and Decreed that the Movant's Motion for Relief From Automatic Stay Under Bankruptcy Code Section 362(d) is denied.

FURTHER ORDERED:

_____
J.