IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | | |
| Christopher and Jervonda Banton | : | | |
| | : | Case No.: | 18-15582ELF |
| | : | | |
| Debtor(s) | : | Chapter: | 13 |

## CERTIFICATE OF NO RESPONSE MOTION TO MODIFY CHAPTER 13 PLAN

I, Brad J. Sadek, Esquire, hereby certify that no answer, objection, or other responsive pleading or request for hearing has been filed within the time allowed by law pertaining to the Motion to Modify Chapter 13 Plan.

Dated: August 12, 2019

_____
/s/Brad J. Sadek, Esquire

Sadek & Cooper Law Offices, LLC
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008