United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher L Banton  
Jervonda Banton  
    Debtors

Case No. 18-15582-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Aug 15, 2019  
                         Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.
```
db/jdb       +Christopher L Banton,    Jervonda Banton,    314 Wolfenden Avenue,    Darby, PA 19023-3222
cr            ECMC,    ECMC,    PO Box 16408,    St. Paul, MN  55116-0408
cr           +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard,    Suite #110,
               Oklahoma City, OK 73118-6051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Joint Debtor Jervonda  Banton brad@sadeklaw.com,    bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor Christopher L Banton brad@sadeklaw.com,    bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    CHRISTOPHER L BANTON | : | |
|    JERVONDA BANTON, | : | |
|        Debtors | : | Bky. No.  18-15582  ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #44 ) is **APPROVED**.

**Date: August 14, 2019**

                                            **ERIC L. FRANK**
                                            **U.S. BANKRUPTCY JUDGE**