# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15582-ELF

CHRISTOPHER L BANTON
JERVONDA BANTON
314 WOLFENDEN AVENUE

DARBY, PA 19023

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHRISTOPHER L BANTON
    JERVONDA BANTON
    314 WOLFENDEN AVENUE

    DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

                                            /S/ Kenneth E. West

Date: 8/23/2022                                    _____

                                                        Kenneth E. West, Esquire
                                                       Chapter 13 Standing Trustee