### IN THE UNITED STATES BANKRUPTCY COURT
### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Christopher J. Banton | : | |
| Jervonda Banton | : | Case No.: 18-15582-ELF |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Debtor's *Motion to Approve Loan Modification* and respectfully request that the Order attached to the Motion be entered.

Dated: October 25, 2022              /s/ Brad J. Sadek, Esquire
                                    Brad J. Sadek, Esquire
                                    Sadek and Cooper Law Offices, LLC
                                    1500 JFK Boulevard, Suite #220
                                    Philadelphia, Pa 19102
                                    brad@sadeklaw.com
                                    215-545-0008