United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 18-15582-elf |
|---|---|
| Christopher L Banton | Chapter 13 |
| Jervonda Banton | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher L Banton, Jervonda Banton, 314 Wolfenden Avenue, Darby, PA 19023-3222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 15 2022 04:05:00 | ECMC, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 15 2022 04:07:41 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, Suite #110, Oklahoma City, OK 73118-6051 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |
| | on behalf of Joint Debtor Jervonda Banton brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 14, 2022 | Form ID: pdf900 | Total Noticed: 3

BRAD J. SADEK
  on behalf of Debtor Christopher L Banton brad@sadeklaw.com
  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
  on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
  on behalf of Creditor AmeriHome Mortgage Company  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

KENNETH E. WEST
  ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
  on behalf of Creditor AmeriHome Mortgage Company  LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
  on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| Christopher L. Banton | : | Chapter 13 |
| Jervonda Banton | : | Case No.: 18-15582-ELF |
| Debtor(s) | : | |

### O R D E R

**AND NOW**, upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental ompensation is **ALLOWED** in favor of the Applicant in the amount of $1,900.00.

**Dated:** 11/11/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**