# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 18-15582-pmm

CHRISTOPHER L BANTON
JERVONDA BANTON
314 WOLFENDEN AVENUE

DARBY, PA 19023

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

   CHRISTOPHER L BANTON
   JERVONDA BANTON
   314 WOLFENDEN AVENUE

   DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

   BRAD J. SADEK ESQ
   SADEK AND COOPER LAW FIRM
   1500 JFK BLVD., SUITE 220
   PHILADELPHIA, PA 19102-

Date: 3/14/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee