Certificate Number: 03088-PAE-DE-037385707

Bankruptcy Case Number: 18-15582



03088-PAE-DE-037385707

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 28, 2023, at 12:12 o'clock PM CDT, Christopher L Banton completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 28, 2023

By: /s/Brianna M Glynn

Name: Brianna M Glynn

Title: Counselor