Certificate Number: 03088-PAE-DE-037385708

Bankruptcy Case Number: 18-15582



03088-PAE-DE-037385708

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 28, 2023</u>, at <u>12:12</u> o'clock <u>PM CDT</u>, <u>Jervonda Banton</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 28, 2023</u>                    By:    <u>/s/Brianna M Glynn</u>

Name:  <u>Brianna M Glynn</u>

Title:   <u>Counselor</u>