United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-15582-pmm
Christopher L Banton  Chapter 13
Jervonda Banton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: May 01, 2023  Form ID: 138OBJ  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher L Banton, Jervonda Banton, 314 Wolfenden Avenue, Darby, PA 19023-3222 |
| 14185691 | + | AmeriHome Mortgage, Attn: Bankruptcy, 21215 Burbank Blvd, 4th Floor, Woodland Hills, CA 91367-7091 |
| 14185699 | + | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite E, Bellsville, MD 20705-1314 |
| 14261885 | + | Pennsylvania Housing Finance Agency, c/o Kevin G. McDonald Esq, 701 Market Street ste 5000, Philadelphia Pa 19106-1541 |
| 14195714 | + | Rebecca A Solarz, Esquire, c/o Cenlar FSB as Servicer, for AmeriHome Mortgage, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14185711 | + | South East Delco School District, P.O. Box 8500-1205, Philadelphia, PA 19178-0001 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 02 2023 07:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14217341 | + | Email/Text: g20956@att.com | May 02 2023 07:33:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14222912 | | Email/Text: BKelectronicnotices@cenlar.com | May 02 2023 07:33:00 | AmeriHome Mortgage Company, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14214297 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2023 07:36:58 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14185692 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 02 2023 07:33:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14199570 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 02 2023 07:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14185693 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2023 07:36:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14202262 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2023 07:37:01 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14185697 | + | Email/Text: convergent@ebn.phinsolutions.com | May 02 2023 07:33:00 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 14185698 | + | Email/Text: dfas.cleveland-oh.hga.mbx.bankruptcy-notifications@mail.mil | May 02 2023 07:33:00 | Dfas-Cleveland, P.O. Box 998002, Cleveland, OH 44199-8002 |
| 14300417 | | Email/Text: ECMCBKNotices@ecmc.org | May 02 2023 07:33:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14185699 | + | Email/Text: bankruptcy@fco.com | | |

Case 18-15582-pmm    Doc 97    Filed 05/03/23    Entered 05/04/23 00:38:27    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 01, 2023 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 02 2023 07:33:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite E, Bellsville, MD 20705-1314 |
| 14185700 | + | Email/Text: Bankruptcy@ICSystem.com | May 02 2023 07:33:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14185701 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 02 2023 07:33:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14185702 | ^ | MEBN | May 02 2023 07:32:20 | KML Law Group P.C., Jill P. Jenkins, Suite 5000-BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14241058 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 02 2023 07:37:01 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14185703 | + | Email/Text: bankruptcydpt@mcmcg.com | May 02 2023 07:33:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14204707 | + | Email/Text: bankruptcydpt@mcmcg.com | May 02 2023 07:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14200899 | + | Email/Text: bncnotifications@pheaa.org | May 02 2023 07:33:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14185704 | + | Email/Text: bncnotifications@pheaa.org | May 02 2023 07:33:00 | PHEAA/HCB, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1444 |
| 14192565 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2023 07:37:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14190161 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2023 07:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14185706 | + | Email/PDF: rmscedi@recoverycorp.com | May 02 2023 07:36:58 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14185707 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 02 2023 07:36:58 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 14199450 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 02 2023 07:36:58 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14185708 | + | Email/Text: clientservices@simonsagency.com | May 02 2023 07:33:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 14185712 | + | Email/Text: bankruptcy@sw-credit.com | May 02 2023 07:33:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14185713 | + | Email/Text: bankruptcy@sunrisecreditservices.com | May 02 2023 07:33:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14185714 | + | Email/Text: bankruptcydepartment@tsico.com | May 02 2023 07:33:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 14185715 | + | Email/Text: ECMCBKNotices@ecmc.org | May 02 2023 07:33:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14268849 | | Email/Text: EDBKNotices@ecmc.org | May 02 2023 07:33:00 | US Department of Education, P O Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14185696 | | Commonwealth of PA Dept of Revenue |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14185694 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 01, 2023 | Form ID: 138OBJ | Total Noticed: 36 |

| | | |
|---|---|---|
| 14185695 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14185705 | *+ | PHEAA/HCB, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1444 |
| 14185709 | *+ | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 14185710 | *+ | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 14185716 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2023                      Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Christopher L Banton brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Jervonda Banton brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor AmeriHome Mortgage Company  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor AmeriHome Mortgage Company  LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MidFirst Bank mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Christopher L Banton and Jervonda
Banton

        Debtor(s)                                         Case No: 18−15582−pmm

                                                         Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                    900 Market Street
                                        Suite 400
                               Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/1/23