Fill in this information to identify the case:

Debtor 1    Christopher L. Banton

Debtor 2    Jervonda Banton aka Jervonda L Malachi

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    18-15582 PMM

## Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** MidFirst Bank

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 8900

**Date of payment change:**
Must be at least 21 days after date of this notice    06/01/2022

**New total payment:**    $1064.54
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____    New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Loan Modification Agreement

   **Current mortgage payment:** $1079.48    **New mortgage payment:** $1064.54

| Debtor(s) | Christopher L. Banton, Jervonda Banton | | | Case number (*if known*) 18-15582 PMM |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Michael P. Farrington          Date April 11, 2023
Signature

| Print: | Michael P. Farrington | | _ | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company    KML Law Group, P.C.

Address    701    Market Street, Suite 5000
           Number    Street
           Philadelphia,        PA    19106
           City                 State ZIP Code

Contact phone  (215) 627–1322        Email  mfarrington@kmllawgroup.com

In instances where the borrower has been harmed due to a missed/late payment change notice, MidFirst Bank will provide a credit to the borrower for each payment that came due that was affected by the missed/late payment change notice.