**Fill in this information to identify the case:**

Debtor 1   Christopher L. Banton

Debtor 2   Jervonda Banton
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of PA

Case number   18-15582 PMM

## Form 4100R

# Response to Notice of Final Cure Payment           10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

**Name of Creditor:**   MidFirst Bank                          **Court claim no.** (if known):   11-2

**Last 4 digits** of any number you use to identify the debtor's account:   8900
**Property address:**
   314 Wolfenden Avenue
   Darby, PA 19023

### Part 2:   Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☒ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ __864.64__

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with
§ 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                              (a)    $ 5,555.06

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b)    $ 960.68

c.  **Total.** Add lines a and b.                                              (c)    $ 6,515.74

Creditor asserts that the debtor(s) are contractually obligated for   12 / 01 / 2022
the postpetition payment(s) that first became due on:

| Debtor(s) | Christopher L. Banton and Jervonda Banton | Case Number *(if known)*: 18-15582 PMM |
|---|---|---|
| | First Name    Middle Name        Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/  *Denise Carlon*                    Date    05/16/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor



**Midland Mortgage** *A Division of MidFirst Bank*
P.O. Box 26648 • Oklahoma City, OK 73126
Tel: 405.426.1299 • Fax: 405.426.1599 • MyMidlandMortgage.com

**Loan Number:** ▓▓▓
**Teller:**
**Case Number:** 18-15582
**Loan Type:** 2

**Date:** 5/15/2023
**Filing Date:** 8/23/2018
**Investor:** MIDFIRST BANK
**Name:** BANTON

### NSF FEE

| Date Incurred | Date Billed | Fee Amount | Last Activity | Remaining Balance | Detail |
|---|---|---|---|---|---|
| 2/5/2019 | 2/5/2019 | $15.00 | 00/00/00 | $15.00 | nsf fees in ppfn filed 3/21/19 |
| 6/10/2019 | 6/10/2019 | $15.00 | 00/00/00 | $15.00 | nsf fees in ppfn filed 3/21/19 |

### BANKRUPTCY ATTORNEY FEE

| Date Incurred | Date Billed | Fee Amount | Last Activity | Remaining Balance | Detail |
|---|---|---|---|---|---|
| 5/30/2019 | 8/16/2019 | $1,031.00 | 12/29/2022 | $864.64 | MFR fees/cost |

### EXPENSE ADVANCES

| Date Incurred | Date Billed | Fee Amount | Last Activity | Remaining Balance | Detail |
|---|---|---|---|---|---|
| 11/1/18, 10/31/18 | 1/16/2019 | $930.68 | 00/00/00 | $930.68 | pcc/obj fees in ppfn filed 3/21/19 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Christopher L. Banton**<br>**Jervonda Banton a/k/a Jervonda L Malachi**<br>　　　　　　　　　　**Debtor(s)**<br><br>**MidFirst Bank**<br>　　　　　　　　　　**Movant**<br>　　　vs.<br><br>**Christopher L. Banton**<br>**Jervonda Banton a/k/a Jervonda L Malachi**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West**<br>　　　　　　　　　　**Trustee** | **BK NO. 18-15582 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 11-2** |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 16, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Jervonda Banton a/k/a Jervonda L Malachi
314 Wolfenden Avenue
Darby, PA 19023

Christopher L. Banton
314 Wolfenden Avenue
Darby, PA 19023

Attorney for Debtor(s) (via ECF)
Brad J. Sadek, Esq.
Sadek and Cooper
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

Trustee (via ECF)
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first-class mail.

Dated: May 16, 2023

　　　　　　　　　　　　　　　　　　　　*/s/ Denise Carlon*
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 627-1322
　　　　　　　　　　　　　　　　　　　　decarlon@kmllawgroup.com